IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-H-07-387 |
| | § § § | |
| SEAN DONLAN WHITE<br>DANIEL JOSEPH ADAMS | § § | |

**O R D E R**

Defendant Adams filed an unopposed motion for continuance, (Docket Entry No. 30). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | **February 11, 2008** |
| Responses are to be filed by: | **February 25, 2008** |
| Pretrial conference is reset to: | **March 3, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 10, 2008, at 9:00 a.m.** |

SIGNED on January 4, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge